UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

THIRD DIVISION

| | |
|---|---|
| Larry L. Enter, as trustee for the next-of-kin of Ardella Rosina Enter, deceased,<br><br>       Plaintiff,<br><br>v.<br><br>Milwaukee Casualty Insurance Company d/b/a Unitrin Insurance Company,<br><br>       Defendant. | **ORDER FOR DISTRIBUTION OF MONEY RECOVERED UNDER MINN. STAT. § 573.02**<br><br><br>Court File Number:  04-CV-4738 |

The above-entitled matter came on for hearing before the undersigned judge of district court.

Based upon all the files, records and proceedings, herein,

IT IS HEREBY ORDERED:

1. Settlement of the above-entitled action in the amount of $250,000.00 is approved and petitioner is authorized to sign the necessary releases and other documents.

2. Defendant is directed to pay to Schwebel, Goetz & Sieben, P.A. and petitioner, as trustee for the next-of-kin of Ardella Enter, the sum of $250,000.00.

3. The law firm of Schwebel, Goetz & Sieben, P.A. is allowed their attorneys' fees and expenses in the total sum of $83,942.12.

4. The sum of Twenty Thousand Seven Hundred Fifty Seven and 24/100 Dollars ($20,757.24) is allowed to Larry L. Enter, surviving Son of decedent.

5. The sum of Twenty Thousand Seven Hundred Fifty Seven and 24/100 Dollars ($20,757.24) is allowed to Joan Tjernagel, surviving Daughter of decedent.

6. The sum of Twenty Thousand Seven Hundred Fifty Seven and 24/100 Dollars ($20,757.24) is

       allowed to Douglas Enter, surviving Son of decedent.

7.      The sum of Twenty Thousand Seven Hundred Fifty Seven and 24/100 Dollars ($20,757.24) is allowed to David Enter, surviving Son of decedent.

8.      The sum of Twenty Thousand Seven Hundred Fifty Seven and 23/100 Dollars ($20,757.23) is allowed to Allen Enter, surviving Son of decedent.

9.      The sum of Twenty Thousand Seven Hundred Fifty Seven and 23/100 Dollars ($20,757.23) is allowed to Nancy Zander, surviving Daughter of decedent.

10.     The sum of Twenty Thousand Seven Hundred Fifty Seven and 23/100 Dollars ($20,757.23) is allowed to Bonnie Loersch, surviving Daughter of decedent.

11.     The sum of Twenty Thousand Seven Hundred Fifty Seven and 23/100 Dollars ($20,757.23) is allowed to Joel Enter, surviving Son of decedent.

                                      BY THE COURT:

Dated: November 29, 2005        s/Paul A. Magnuson
                                          Judge of U.S. District Court