## UNITED STATES DISTRICT COURT
### THIRD DIVISION
### DISTRICT OF MINNESOTA

Larry L. Enter, as trustee for the next-of-kin of
Ardella Rosina Enter, deceased,

        Plaintiff,

vs.

Milwaukee Casualty Insurance Company, d/b/a
Unitrin Insurance Company,

        Defendant and
        Third-Party Plaintiff,

vs.

Robin Krech and Krech Companies, LLC,

        Third-Party Defendants.

**Case No. 04-cv-04738 (PAM/JSM)**

**ORDER FOR DISMISSAL
WITHOUT PREJUDICE**

Upon the Stipulation of Dismissal without Prejudice executed by the parties and filed in this matter, it is hereby ordered as follows:

Any and all subrogation and third-party claims by Defendants and Third-Party Plaintiff Milwaukee Casualty Insurance Company in this matter are hereby dismissed, and in their entirety, but without any award of costs or disbursements to any of the parties.

There being no just reason for delay, let judgment be entered accordingly.

Dated:  <u>March  28  </u>, 2006

BY THE COURT:

<u>s/Paul A. Magnuson     </u>
Paul A. Magnuson
United States District Court